```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 10070
   JOSEPH E WHITEHORN
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0690


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/23/2008 and was not confirmed.

      The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------

HOME LOAN SERVICES       CURRENT MORTG         .00           .00          .00
HOME LOAN SERVICES       MORTGAGE ARRE     9206.86           .00          .00
FIRST FRANKLIN           UNSECURED        NOT FILED          .00          .00
COOK COUNTY TREASURER    SECURED           1001.21           .00        22.90
COOK COUNTY TREASURER    UNSECURED        NOT FILED          .00          .00
FISHER & SHAPIRO         NOTICE ONLY      NOT FILED          .00          .00
PIERCE & ASSOC           NOTICE ONLY      NOT FILED          .00          .00
IL STATE DISBURSEMENT UN DSO ARREARS      NOT FILED          .00          .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00          .00
CAPITAL ONE              UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO PARKING  UNSECURED          440.00           .00          .00
ARNOLD SCOTT HARRIS      NOTICE ONLY      NOT FILED          .00          .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED          .00          .00
COMCAST CABLE            UNSECURED        NOT FILED          .00          .00
DISH NETWORK             UNSECURED        NOT FILED          .00          .00
GC SERVICES              NOTICE ONLY      NOT FILED          .00          .00
HOLY CROSS HOSPITAL      UNSECURED        NOT FILED          .00          .00
RECEIVABLE RECOVERY SYST UNSECURED        NOT FILED          .00          .00
RECEIVABLE RECOVERY SYST NOTICE ONLY      NOT FILED          .00          .00
TORRES CREDIT SVC        UNSECURED        NOT FILED          .00          .00
TIM BOWMAN               NOTICE ONLY      NOT FILED          .00          .00
OSCAR WHITEHORN          NOTICE ONLY      NOT FILED          .00          .00
TYRONE MORGAN            NOTICE ONLY      NOT FILED          .00          .00
COMMONWEALTH EDISON      UNSECURED          137.48           .00          .00
PIERCE & ASSOCIATES      NOTICE ONLY      NOT FILED          .00          .00
TIMOTHY K LIOU           DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                         1.99
DEBTOR REFUND            REFUND                                      5,043.16

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                5,068.05
```

             PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10070 JOSEPH E WHITEHORN

```
PRIORITY                                                              .00
SECURED                                                             22.90
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                 1.99
DEBTOR REFUND                                                    5,043.16
                                        ---------------    ---------------
TOTALS                                         5,068.05          5,068.05
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```